# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**769**

**CAF 12-01915**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF TERRENCE LAMONT PEASE,
PETITIONER-RESPONDENT,

V                                                          ORDER

AMBER MARIE GRAY, RESPONDENT-APPELLANT.

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (BRADLEY E. KEEM OF COUNSEL), FOR
RESPONDENT-APPELLANT.

WILLIAM J. BARRETT, ATTORNEY FOR THE CHILD, MANLIUS.

------------------------------------------------------------------------------------------------------

  Appeal from an order of the Supreme Court, Onondaga County
(Martha E. Mulroy, A.J.), entered September 14, 2012 in a proceeding
pursuant to Family Court Act article 6.  The order, among other
things, awarded petitioner sole legal and residential custody of the
subject child.

  It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  June 13, 2014                              Frances E. Cafarell
                                                     Clerk of the Court